UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CASE NO: CR105-071

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | **SUBPOENA AND ORDER** |
| VS. ) | **FOR PRODUCTION** |
| ) | **OF RECORDS** |
| ROBERTO ALEJANDRO FRANCISCO GUTIERREZ, ) | |
| ) | |
| DEFENDANT. ) | |

The Government's oral motion for the Richmond County Department of Family and Children Services (DFCS) records regarding Roberto Alejandro Francisco Gutierrez/Katelyn Gutierrez, was brought before this Court for hearing on February 13, 2006. This Court has determined that it is necessary to review the Richmond County DFCS file with regard to the Defendant in order to make a decision on this matter. The Government's request is within the confidentiality exceptions of O.C.G.A.§ 49-5-41(2) as the Court finds that access to the records may be necessary for the determination of issues before the Court. Both the Defendant and counsel for the Government expressed in open Court no opposition to this request and order.

This Court hereby issues a subpoena for the production of such Richmond County DFCS file with regard to the Defendant for an *in camera* review.

IT IS HEREBY ORDERED that the Richmond County Department of Family and Children Services immediately provide these records to the Court for review, consistent with the language of this order.

SO ORDERED, this 13TH day of February, 2006.

_____
DUDLEY H. BOWEN, JR., Judge
United State District Court
Southern District of Georgia