IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS. | *       CRIMINAL ACTION NO. 105-71 |
| ROBERTO ALEJANDRO FRANCISCO-GUTIERREZ | * |

## **O R D E R**

IT IS HEREBY ORDERED that due to the nature and size of the below listed exhibits,

which were submitted by the Government during the jury trial in the above captioned case, the

stated exhibits  are to be returned to counsel for the United States of America  for safekeeping or

production in the Court of Appeals, if necessary.

SO ORDERED this _16th_ day of August, 2006.

DUDLEY H. BOWEN, JR.,  JUDGE
UNITED STATES DISTRICT COURT


Government's Exhibit 1 (X Rays)
Government's Exhibit 4 (Posterboard) - Replaced by letter sized copy